UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SPECIALTY COMMERCE CORP. (d/b/a Paula Young),**<br><br>**Plaintiff,**<br><br>v.<br><br>**VINCENT JAMES CO., INC. (d/b/a The Wig Company),**<br><br>**Defendant.** | Case No.:  **1:15-cv-11634** |

## NOTICE OF DISMISSAL

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the plaintiff, Specialty Commerce Corp., d/b/a Paula Young, hereby dismisses the above-captioned action with prejudice, each party to bear its own costs and attorneys' fees, all rights of appeal being waived.

Respectfully submitted,

**SPECIALTY COMMERCE CORP.**

By its Attorneys,
BURNS & LEVINSON LLP


 */s/ Mark Schonfeld*
Mark Schonfeld (BBO #446980)
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
Telephone:  (617) 345-3000
Facsimile:  (617) 345-3299
mschonfeld@burnslev.com

Dated:  August 14, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2015, I caused a true and correct copy of the foregoing **Notice of Dismissal** to be served upon all counsel of record via CM/ECF and electronic mail.

                                                */s/ Mark Schonfeld*
                                                Mark Schonfeld, Esq.

4842-1206-0198.1